IN THE UNITED STATES DISTRICT COURT

FOR THE _____ DISTRICT OF _____

_____ DIVISION

*(Write the District and Division, if any, of the court in which the complaint is filed.)*

**FILED**

JAMES J. VILT, JR. - CLERK

MAR 15 2024

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

Jenyika Boyd

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

Kentucky Correctional Institution For Women

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. 3:24cv-181-CRS

*(to be filled in by the Clerk's Office)*

Jury Trial:  ☐ Yes  ☑ No

*(check one)*

I was advised by EEOC that I had 90 days after I downloaded the documents for my right to sue if that's the correct I fall under the time line. I ask the courts to please let my voice be heard. Have a good work evaluation and worked over time a lot due to short staff at the institution.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name — Jenyika Boyd
Street Address — 9007 Crowne Spring Cir.
City and County — Louisville
State and Zip Code — Kentucky 40241
Telephone Number — 502-271-0126
E-mail Address — jenyikaboyd3@gmail.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1
Name — Vanessa Kennedy
Job or Title (if known) — Warden
Street Address — 3000 Ash Ave.
City and County — Peewee Valley
State and Zip Code — Kentucky 40056
Telephone Number — 502-2418454
E-mail Address (if known) — Vanessa.Kennedy@ky.gov

Defendant No. 2
Name — Lucas
Job or Title (if known) — Captain
Street Address — 3000 Ash Ave.
City and County — Peewee Valley

2

State and Zip Code     Kentucky 40056

Telephone Number     502-241-8454

E-mail Address     Unknown
(if known)

Defendant No. 3

Name     Powell

Job or Title     Captain
(if known)

Street Address     3000 Ash Ave.

City and County     Peewee Valley

State and Zip Code     Kentucky 40056

Telephone Number     502-241-8454

E-mail Address     Unknown
(if known)

Defendant No. 4

Name     Hall

Job or Title     Lieutenant
(if known)

Street Address     3000 Ash Ave.

City and County     Peewee Valley

State and Zip Code     Kentucky 40056

Telephone Number     502-241-8454

E-mail Address     Unknown
(if known)

## II.   Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

3

What is the basis for federal court jurisdiction?  *(check all that apply)*

☑ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.      If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

*Discrimination, Retaliation, and Pain and Suffering .*

_____

_____

**B.      If the Basis for Jurisdiction Is Diversity of Citizenship**

1.      The Plaintiff(s)

   a.      If the plaintiff is an individual

   The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

   b.      If the plaintiff is a corporation

   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.      The Defendant(s)

   a.      If the defendant is an individual

   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. *Or is a citizen of (foreign nation)* _____.

4

b.      If the defendant is a corporation

The defendant, *(name)* _____, is
incorporated under the laws of the State of *(name)*
_____, and has its principal place of
business in the State of *(name)* _____. *Or is*
incorporated under the laws of *(foreign nation)*
_____, and has its principal place of
business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an
additional page providing the same information for each additional
defendant.)*

3.      The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant
owes or the amount at stake—is more than $75,000, not counting interest
and costs of court, because *(explain)*:

_____

_____

_____

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as
briefly as possible the facts showing that each plaintiff is entitled to the damages or other
relief sought. State how each defendant was involved and what each defendant did that
caused the plaintiff harm or violated the plaintiff's rights, including the dates and places
of that involvement or conduct. If more than one claim is asserted, number each claim
and write a short and plain statement of each claim in a separate paragraph. Attach
additional pages if needed.

① Warden Kennedy discriminated against in
June 2023 place me on sick leave when I was
not sick for 3 months.
② Captain Powell discriminated against me on April 2023
③ Captain Lucas discriminated and retaliated against
me in January 2023.
④ Lieutenant Hall was apart of the discrimination and
retaliation that with Captain Lucas on January 2023.

IV.    **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I would like for the court to order Kentucky Correctional Institution For Women to give me all of my Annual, sick, comp time that I had when I was placed on sick leave. (Was not sick) All annual, sick, comp time up to this point. I would like for the court to order KCIW to pay me correction officer pay for the 4 months I was without my regular pay. I would like for the court to order KCIW to com pay me for discrimination and pain and suffering and retaliation.

V.    **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A.    **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:  3/15 , 20 24

Signature of Plaintiff    Junyika Boyd

Printed Name of Plaintiff    Jenyika Boyd

B.    **For Attorneys**

Date of signing: _____ , 20__ .

6

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Address    _____

Telephone Number    _____

E-mail Address    _____